FILED
IN CLERKS OFFICE
U.S. DISTRICT COURT ED. N.Y.

★ APR 1 2 2007 ★

P.M. _____
TIME A.M. _____

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
JAMES FARR,

                    Petitioner,

  -against-

CHARLES GREINER, Superintendent of
Green Haven Correctional Facility,

                    Respondent.
-------------------------------------------------------------X

JUDGMENT
01-CV- 6921 (NG)

An Order of Honorable Nina Gershon, United States District Judge, having been filed on April 10, 2007, adopting the Report and Recommendation of Magistrate Judge Marilyn D. Go, dated February 23, 2007; denying the petition for a writ of habeas corpus; and denying a Certificate of Appealability pursuant to 28 U.S.C. § 2253(c); it is

ORDERED and ADJUDGED that petitioner take nothing of the respondent; that the Report and Recommendation of Magistrate Judge Marilyn D. Go is adopted; that the petition for a writ of habeas corpus is denied; and that a Certificate of Appealability is denied.

Dated: Brooklyn, New York
       April 11, 2007

ROBERT C. HEINEMANN
Clerk of Court